1
2
3
4
5
6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| RENE M. RAMOS, | No. SACV 08-1062 AN |
| Plaintiff, | ORDER AWARDING EAJA FEES AND COSTS |
| v | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

9
10
11
12
13
14
15
16

Based upon the parties' Stipulation for Award of EAJA Fees and costs

17 ("Stipulation"),

18        IT IS ORDERED that counsel for Plaintiff is awarded attorney fees under the

19 Equal Access to Justice Act in the amount of FOUR THOUSAND THREE HUNDRED

20 DOLLARS and NO CENTS ($4,300.00) and costs in the amount of THREE

21 HUNDRED SIXTY-NINE DOLLARS and SIX CENTS ($369.06), as authorized by 28

22 U.S.C. §§ 1920 and 2412(d), and subject to the terms of the Stipulation.

23 Dated:  October 6, 2009

24
25 _____

26        UNITED STATES MAGISTRATE JUDGE

27
28

1